UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Kristine Ledford
A .k a
Annette Wilson
1672 Coventary Rd #2
~~2441 Roanoke Road~~
Cleveland Heights, 44121

Plaintiff,

vs.

MARK WAHLBERG
N.K.O.T.B (NEW KIDS ON THE BLOCK)
9701 WILSHIRE BLVD.
BEVERLY HILLS, CA 90212

Defendant

Case No.: cv 1584 980 1:15 CV 1648

DEFAMATION OF CHARACTER
Complaint

JUDGE GAUGHAN

MAG. JUDGE BAUGHMAN

I Kristine Ledford (a. k. a Annette Marie Wilson) comes forth before the court with the claim of evidence against Mark Wahlberg for withholding critical information to a child molestation case.

1. Mark Wahlberg has deliberately withheld critical information that would have lead to the conviction and imprisonment of Carl James Wilson.
2. Walberg is withholding the 1989 letter pertaining to the child molestation case against then Annette Marie Wilson (a .k. a Kristine Ledford) as well as the letter in 2003 pertaining to Haley Bettes.
3. Wahlberg is also withholding the domestic violence tapes pertaining to Steven Bettes along with the tapes of Carl James Wilson.
4. The tapes contain the key evidence of kidnapping. Tapes for which Steven Bettes committed towards Haley Lynn Bettes.
5. The request of property listed, poetry books from North Shore Junior High, Silver and Gold Special Olympics Metals from Medford, Oregon a sword shipped in 2001
6. Books as a child as well as adult books while in college, pictures and property to the song "Rain".
7. All to the abuse of Rickee Ann- Marie Bettes and molestation of Annette M. Wilson from 1987 case to contact with New Kids On The Block in 1989-2003

8. In 1991 Mark Wahlberg was on tour with group members in Medford ,Oregon(Jackson Fairgrounds) for which his members retrieved my songs “Rain”,” Everlasting”, “Love”, and “Forever” while outside private entrance fence at concert.
9. Also, included was the domestic violence tape while in a motor vehicle with biological father Steven R. Bettes.
10. Wax hands and a boxed of mixed property.

**DAMAGES**

**Due to the withholding of evidence I Kristine Ledford a.ka Annette Wilson) has suffered from emotional distress, PTSD(Post Traumatic Stress Disorder), along with the stress and PTSD( Post Traumatic Stress Disorder), my children Rickee Ann-Marie Bettes, Haley Lynn Bettes has suffered from emotional distress by family members listed from sexual abuse to constant interference of raising my children, to the mental strain of daughter Rickee Ann-Marie Bettes which led to drug abuse and a severe chronic migraines and self –destructive behavior. I’am filing this for a settlement in the amount of $8,700,000 per members of N.K.O.T.B, $900,000 for personal damages and 3% of all Mark Wahlberg films.**

Dated this 26th day of July 2015

Kristine Ledford

Subscribed and Sworn To before me this ___ day of ______ by ______________________

Notary Public ________________________________________

My commission expires on

________________________________________

UNITED STATES DISTRICT

NORTHERN DISTRICT OF OHIO

KRISTINE LEDFORD
A.KA.
ANNETTE WILSON,
1672 Coventary Rd #2
~~2441 OVERLOOK ROAD APT #12~~
CLEVELAND HEIGHTS, OHIO 44121

Plaintiff,

LETTER OF REQUEST FOR JURISDICTION

I am coming before the court to ask for a request for the jurisdiction for California, Ohio, Oregon, Washington, and New York (All States) due to all parties reside in one of these states and are alluding the courts and all claims brought against them. I have suffered tremendously due to the cases being dismissed due to the jurisdiction. I have several cases filed within your court for which I'am asking for the jurisdiction to continue with my cases.

Dated this [day] of [Month], [year].

Kristine Ledford